**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-20048-CR-BECERRA(s)**

**UNITED STATES OF AMERICA,**

**vs.**

**JULIO ANTONIO FERRER TAMAYO,**

**Defendant.**
_____/

**GOVERNMENT'S MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this motion to continue the August 4, 2026, status conference.  In support of the motion, undersigned provides as follows:

Undersigned has a previously scheduled medical appointment on the morning of August 4, 2026.  Undersigned attempted to reschedule the medical appointment but could not reschedule within a reasonable period of time (the next available appointment was for three weeks for the date of the current appointment).

Undersigned respectfully requests that this Honorable Court reschedule the status conference for later in the day, if convenient for the court (undersigned is available beginning at 11:00 a.m. and anytime thereafter on August 4), or on another day that is convenient for the court (undersigned is available anytime on August 5; after 11:00 a.m. on August 6; anytime on August 7; and any day/time the week of August 10).

Undersigned has conferred with counsel for the defendant, Assistant Federal Public

Defender Daniel Ecarius, regarding this motion and counsel does not object to this request.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Maria K. Medetis Long
      Maria K. Medetis Long
      Assistant United States Attorney
      Florida Bar No. 1012329
      United States Attorney's Office
      99 N.E. 4th Street
      Miami, Florida 33132
      Telephone:  (305) 961-9020
      Email:  Maria.Medetis.Long@usdoj.gov

By:   /s/ Sean Paul Cronin
      Sean Paul Cronin
      Assistant United States Attorney
      Court No. A5500940
      99 N.E. 4th Street, Suite 800
      Miami, Florida 33132
      Telephone:  (305) 961-9194
      Email:  sean.p.cronin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 21, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

<u>*/s/ Maria K. Medetis Long*</u>
Maria K. Medetis Long
Assistant United States Attorney