**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 25-20048-CR-BECERRA(s)**

**UNITED STATES OF AMERICA,**

**vs.**

**JULIO ANTONIO FERRER TAMAYO,**

          **Defendant.**

_____/

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, through the undersigned Assistant United States Attorneys, hereby provides notice of the filing of the following document:

United States Department of Homeland Security Form I-862 Notice to Appear. This document was uploaded to the Immigration Court by the Department of Homeland Security on July 20, 2026 at approximately 2:37 pm and was accepted by the Immigration Court and appeared on the Immigration Court's docket on July 21, 2026 at approximately 11:57 am. The undersigned received a copy of it at approximately 5:33 pm on July 21, 2026 from an attorney with United States Immigration and Customs Enforcement.

          Respectfully submitted,

          JASON A. REDING QUIÑONES
          UNITED STATES ATTORNEY

By:  /s/ Sean Paul Cronin                    By:  /s/ Maria K. Medetis Long
     Sean Paul Cronin                             Maria K. Medetis Long
     Assistant United States Attorney            Assistant United States Attorney
     Court No. A5500940                           Chief, National Security Division
     99 N.E. 4th Street, Suite 800                Florida Bar No. 1012329
     Miami, FL 33132                              99 N.E. 4th Street
     Tel# (305) 961-9194                          Miami, Florida 33132
     sean.p.cronin@usdoj.gov                      Telephone:  (305) 961-9020
                                                  Email:  Maria.Medetis.Long@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

 */s/ Sean Paul Cronin*
Sean Paul Cronin
Assistant United States Attorney